HERUM CRABTREE BROWN
*A California Professional Corporation*
JAMES BELFORD BROWN (SBN: 83355)
JENNIFER K. WHIPPLE (SBN: 196795)
2291 West March Lane, Suite B100
Stockton, California  95207
Telephone:  (209) 472-7700
Facsimile:   (209) 472-7986
jwhipple@herumcrabtree.com

CHAVEZ & GERTLER, LLP
JONATHAN E. GERTLER (SBN: 111531)
42 Miller Avenue
Mill Valley, California 94941
Telephone:  (415) 381-5599
Facsimile:   (415) 381-5572
jon@chavezgertler.com

LAW OFFICES OF KIM E. CARD
Kim E. Card (SBN: 147779)
1690 Sacramento Street
Berkeley, California 94702
Telephone:  (510) 684-5863
Facsimile:   (510) 644-2659
kimecard@earthlink.net

Attorneys for Plaintiffs GERALD SMITH
and the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD SMITH, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>     vs.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION, a North Carolina Corporation; and Does 1 through 100, inclusive,<br><br>     Defendants. | **Case No.:  C07-02104 SC**<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION RE: CONTINUED DATE FOR INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES;**<br><br>**[PROPOSED] ORDER** |

Pursuant to Local Rules 6-2 and 7-12, the parties to the above-entitled action, through their respective counsel, hereby stipulate, declare and agree as follows, subject to the Court's approval:

WHEREAS, the initial Case Management Conference in this action, which was removed to this Court from the Alameda County Superior Court by Defendant on April 16, 2007, is currently set pursuant to the Court's Order for **August 17, 2007**.

WHEREAS, the parties, through counsel, have met and conferred pursuant to Local Rule 16, in two lengthy telephone conferences, concerning the matters to be addressed in the initial Joint Case Management Conference and ADR Certification, and have also met and conferred pursuant to Federal of Civil Procedure 26 concerning the parties' Initial Disclosures and Proposed Discovery Plan. Said meet and confer efforts are on-going in that the parties are circulating drafts of the initial Joint Case Management Conference Statement and Proposed Discovery Plan for input and comment by all counsel.

WHEREAS, in the parties' meet and confer discussions, Plaintiff stated an intent to file a Motion for Leave to File an Amended Complaint naming one or more additional named plaintiffs and proposed class representatives, and Defendant stated an intent to file a possible Motion for Transfer, on the grounds that plaintiff Gerald Smith lives in Nevada.

WHEREAS, the parties have discussed and agreed to a schedule whereby Plaintiff will provide the proposed Amended Complaint to Defendant's counsel by **July 23, 2007**, and Defendant will then determine: (a) whether to stipulate to the filing of the Amended Complaint; and/or (b) whether to proceed with a Motion to Transfer.

WHEREAS, the parties have reserved with the Clerk of this Court a hearing date for the parties' respective anticipated motions (Plaintiffs' Motion for Leave to File an Amended Complaint and Defendant's Motion to Transfer) of **September 21, 2007 at 10:00 a.m.**.

WHEREAS, the parties wish to continue the initial Case Management Conference from the current date of August 17, 2007 to the same date as the date that has been reserved for hearing on the motions, **September 21, 2007**, and also to re-schedule accordingly the dates for the filing of the initial Joint Case Management Conference Statement and ADR Certification, and for the exchange of Initial Disclosures.

NOW THEREFORE, pursuant to the foregoing, the parties hereby agree and stipulate as follows:

1. The Initial Case Management Conference in this action will be continued from August 17, 2007 to **September 21, at 10:00 a.m.**

2. Plaintiff's Motion for Leave to File an Amended Complaint and/or Defendant's Motion for Transfer will be heard by the Court on **September 21, 2007, at 10:00 a.m.**

3. On or before **July 23, 2007**, Plaintiff's counsel will provide to defendant's counsel, via email or fax, a proposed First Amended Complaint.

4. Defendant's counsel will notify Plaintiff's counsel by **August 8, 2007** as to whether Defendant will stipulate to the filing of the First Amended Complaint.

5. On or before **August 17, 2007**, Plaintiff's counsel will file either: (a) a Motion for Leave to File Amended Complaint; or (b) a Stipulation, subject to the Court's approval, reflecting the parties' agreement to the filing of the Amended Complaint.

6. If Defendant still intends to file a Motion to Transfer, after having reviewed Plaintiff's proposed Amended Complaint, Defendant's counsel will file the Motion to Transfer on or before **August 17, 2007**.

7. The parties' respective Oppositions to the motions filed on August 17, 2007, if any, will be filed **August 31, 2007**.

8. The parties' respective Replies to the motions filed on August 17, 2007, if any, will be filed on **September 7, 2007**.

8. The parties will exchange their Initial Disclosures, by overnight or two-day express mail, on **September 14, 2007**.

9. The parties will file their initial Joint Case Management Conference Statement, Rule 26 Proposed Discovery Plan, and ADR Certifications on **September 14, 2007**.

IT IS SO STIPULATED.

Dated: July 23, 2007        LAW OFFICES OF KIM E. CARD

By:   __/s/_____
KIM E. CARD
On Behalf of All Counsel
for Plaintiff GERALD SMITH
and the Proposed Plaintiff Class

Dated:  July 20, 2007       SCOPELITIS, GARVIN, LIGHT & HANSON

By:   _____/s/_____
James H. Hanson
Robert L. Browning

Attorneys for Defendant CARDINAL LOGISTICS MANAGEMENT CORPORATION

***PURSUANT TO STIPULATION, IT IS SO ORDERED.***

Dated: __7/30_____, 2007       By:  _____
THE HONORABLE SAMUEL CONTI
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3
STIPULATION RE: CONTINUED DATE FOR INITIAL CASE MANAGEMENT CONFERENCE

**ATTESTATION REGARDING THE SIGNATURE OF NON-FILING COUNSEL**

I, Kim E. Card, co-counsel for the Plaintiff in this action declare that, prior to the electronic filing of this Stipulation, I attained a faxed or scanned copy of the signature of Defendant's counsel thereon, verifying Defendant's approval of this Stipulation, and concurrence in the filing of the document.

Dated:  July 23, 2007                          _____/s/_____
                                                                KIM E. CARD