1  HERUM CRABTREE BROWN
   *A California Professional Corporation*
2  JAMES BELFORD BROWN (SBN: 83355)
3  JENNIFER K. WHIPPLE (SBN: 196795)
   2291 West March Lane, Suite B100
4  Stockton, California  95207
   Telephone:  (209) 472-7700
5  Facsimile:   (209) 472-7986
6  jwhipple@herumcrabtree.com

7  CHAVEZ & GERTLER, LLP
   JONATHAN E. GERTLER (SBN: 111531)
8  42 Miller Avenue
9  Mill Valley, California 94941
   Telephone:  (415) 381-5599
10 Facsimile:   (415) 381-5572
11 jon@chavezgertler.com

12 LAW OFFICES OF KIM E. CARD
   Kim E. Card (SBN: 147779)
13 1690 Sacramento Street
14 Berkeley, California 94702
   Telephone:  (510) 684-5863
15 Facsimile: (510) 644-2659
   kimecard@earthlink.net
16
17 Attorneys for Plaintiffs GERALD SMITH
   and the Proposed Plaintiff Class
18

19                  UNITED STATES DISTRICT COURT
20                  NORTHERN DISTRICT OF CALIFORNIA
21                       SAN FRANCISCO DIVISION

22
23 GERALD SMITH, on behalf of himself and all  )  **Case No.:  C07-02104 SC**
   others similarly situated,                  )
                                                )  **CLASS ACTION**
24              Plaintiffs,                     )
                                                )
25       vs.                                    )  **STIPULATION RE: FILING OF**
26                                              )  **PLAINTIFFS' FIRST AMENDED**
                                                )  **COMPLAINT;**
27 CARDINAL LOGISTICS MANAGEMENT               )
   CORPORATION, a North Carolina                )  [PROPOSED] **ORDER**
28 Corporation; and Does 1 through 100, inclusive, )
                                                )
                Defendants.                     )

Pursuant to Federal Rule of Civil Procedure 15(a) (Amended and Supplemental Pleadings) and Local Rule 7-12 (Stipulations), the parties to the above-entitled action, by and through their respective counsel, hereby stipulate as follows, subject to the Court's approval:

WHEREAS, Plaintiffs wish to file an amended complaint in the form of the First Amended Complaint for Damages, Restitution, Injunctive and Declaratory Relief (the "First Amended Complaint), attached hereto as Exhibit 1; and

WHEREAS, Federal Rule of Civil Procedure 15(a) provides that a party may amend a pleading following the filing of a responsive pleading "by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires;" and

WHEREAS, pursuant to paragraph 3 of the parties' Stipulation Re:  Continued Date for Initial Case Management Conference and Related Dates, filed herein on July 23, 2007, and approved by the Court on July 30, 2007, ("the July 23 Stipulation"), plaintiffs provided a copy of the proposed First Amended Complaint to defendant Cardinal Logistics Management Corporation ("Cardinal") on July 23, 2007, for the purpose of inquiring as to whether Cardinal would consent to the filing of the First Amended Complaint; and

WHEREAS, pursuant to paragraph 4 of the July 23 Stipulation, Cardinal timely notified counsel for Plaintiffs that Cardinal would consent to the filing of the First Amended Complaint;

NOW THEREFORE, pursuant to the foregoing, the parties hereby agree and stipulate as follows:

1. Subject to the Court's approval of this Stipulation, plaintiffs may file the First Amended Complaint attached hereto as Exhibit 1.

2. Defendant Cardinal's agreement to this Stipulation and consent to the filing of the First Amended Complaint does not waive any right Cardinal may otherwise have to challenge the First Amended Complaint by way of responsive pleading once the First Amended Complaint is filed.

3. Plaintiffs' counsel will file the First Amended Complaint as a separate pleading, in the form attached hereto as Exhibit 1, via the ECF system within five (5) court days of receipt of the Court's Order indicating approval of this Stipulation.

4. Defendant Cardinal shall plead in response to the First Amended Complaint within 10 days after the filing and service of the First Amended Complaint via the ECF system.

IT IS SO STIPULATED.

Dated: August 14, 2007                              LAW OFFICES OF KIM E. CARD

                                                    By:    _____/s/_____
                                                           KIM E. CARD
                                                           On Behalf of All Counsel
                                                           for Plaintiff GERALD SMITH
                                                           and the Proposed Plaintiff Class

Dated:  August 14, 2007                             SCOPELITIS, GARVIN, LIGHT & HANSON

                                                    By:    _____/s/_____
                                                           James H. Hanson
                                                           Robert L. Browning

                                                           Attorneys for Defendant CARDINAL LOGISTICS MANAGEMENT CORPORATION

*PURSUANT TO STIPULATION, IT IS SO ORDERED.*

Dated: August 17, 2007             By:   _____
                                         THE HONORABLE SAMUEL CONTI
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Samuel Conti*

2
STIPULATION RE: FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT

**ATTESTATION REGARDING THE SIGNATURE OF NON-FILING COUNSEL**

I, Kim E. Card, co-counsel for the Plaintiff in this action declare that, prior to the electronic filing of this Stipulation, I attained a faxed or scanned copy of the signature of Defendant's counsel thereon, verifying Defendant's approval of this Stipulation, and concurrence in the filing of the document.

Dated:  August 17, 2007                        _____/s/_____
                                                                KIM E. CARD