1  CHAVEZ & GERTLER, LLP
   JONATHAN E. GERTLER (SBN: 111531)
2  42 Miller Avenue
3  Mill Valley, California 94941
   Telephone: (415) 381-5599
4  Facsimile: (415) 381-5572
   jon@chavezgertler.com
5

6  HERUM CRABTREE BROWN
   *A California Professional Corporation*
7  JENNIFER K. WHIPPLE (SBN: 196795)
   2291 West March Lane, Suite B100
8  Stockton, California 95207
9  Telephone: (209) 472-7700
   Facsimile: (209) 472-7986
10 jwhipple@herumcrabtree.com

11 LAW OFFICES OF KIM E. CARD
12 Kim E. Card (SBN: 147779)
   1690 Sacramento Street
13 Berkeley, California 94702
   Telephone: (510) 684-5863
14 Facsimile: (510) 644-2659
15 kimecard@earthlink.net

16 Attorneys for Plaintiffs GERALD SMITH, et al.,
17 and the Proposed Plaintiff Class

18                  UNITED STATES DISTRICT COURT
19                 NORTHERN DISTRICT OF CALIFORNIA
20                       SAN FRANCISCO DIVISION
21

22 GERALD SMITH, SAMIR RADY,            )  Case No.: C07-02104 SC
   FLORENTINO FIGUEROA, on behalf of    )
23 themselves and all others similarly situated, )
                                        )  **CLASS ACTION**
24                                      )
              Plaintiffs,               )  STIPULATION RE: NAMED
25                                      )  PLAINTIFFS' ATTENDANCE AT EARLY
        vs.                             )  NEUTRAL EVALUATION;
26                                      )
   CARDINAL LOGISTICS MANAGEMENT        )  [PROPOSED] ORDER
27 CORPORATION, a North Carolina        )
   Corporation; and Does 1 through 100, inclusive, )
28                                      )
              Defendants.               )
   _____)

STIPULATION RE: PLAINTIFFS' ATTENDANCE AT ENE

   Pursuant to Local ADR Rule 5-10, the parties to the above-entitled action, through their respective counsel, hereby stipulate and agree as follows, subject to the Court's approval:

   1. This matter is set for an ENE Session on December 18, 2007, at 9:30 a.m., before Lindbergh Porter, Jr., the appointed Evaluator.

   2. This is a proposed class action, filed by three named plaintiffs on their own behalf and on behalf of a proposed plaintiff class.

   3. Given the class action nature of this case, and given that the issues involved are broader than the claims of the individual plaintiffs, the parties and the Evaluator discussed, in a Telephone Conference, on October 11, 2007, the issue of whether the named plaintiffs would be required to attend the conference in person. The discussion of this issue continued in follow up emails. Plaintiffs requested that the three named plaintiffs not be required to attend; defendants' counsel stated their non-opposition to this request, and the parties' appointed Evaluator, Mr. Lindbergh Porter, indicated this was acceptable and that he would confirm with the Court ADR Program.

   4. Based on this agreement, the named plaintiffs were informed that they did not have to attend, but they have been instructed to be available by telephone on the date of the ENE Session.

   5. Two of the named plaintiffs live out of the area, and all of the plaintiffs would have to take a day off work in order to attend. It would be a hardship for the plaintiffs to attend the ENE Session, particularly given that the process is focused on presentations by counsel and does not involve their giving of testimony.

///
///
///

1

STIPULATION RE: PLAINTIFFS' ATTENDANCE AT ENE

6. The parties subsequently learned that a Stipulation and Proposed Order would be required on this issue. Accordingly, the parties hereby stipulate that the attendance of the named plaintiffs at the ENE Session is not required.

IT IS SO STIPULATED.

Dated: December 14, 2007

LAW OFFICES OF KIM E. CARD

By: /s/ Kim E. Card
KIM E. CARD
On Behalf of All Counsel
for Plaintiff GERALD SMITH
and the Proposed Plaintiff Class

Dated: December 14, 2007

SCOPELITIS, GARVIN, LIGHT & HANSON

By: /s/ Robert L. Browning
Robert L. Browning

Attorneys for Defendant CARDINAL LOGISTICS MANAGEMENT CORPORATION

*PURSUANT TO STIPULATION, IT IS SO ORDERED.*

Dated: 12/17, 2007    By: /s/ Wayne D. Brazil
THE HONORABLE WAYNE D. BRAZIL
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

2
STIPULATION RE: PLAINTIFFS' ATTENDANCE AT ENE