HERUM CRABTREE BROWN
James Belford Brown (SBN: 83355)
Jennifer K. Whipple (SBN: 196795)
2291 West March Lane, Suite B100
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986
jimbrown@herumcrabtree.com
jwhipple@herumcrabtree.com

CHAVEZ & GERTLER, LLP
Jonathan E. Gertler (SBN: 111531)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
jon@chavezgertler.com

LAW OFFICES OF KIM E. CARD
Kim E. Card (SBN: 147779)
1690 Sacramento Street
Berkeley, California 94702
Telephone: (510) 684-5863
Facsimile: (510) 644-2659
kimecard@earthlink.net

*Attorneys for Plaintiffs GERALD SMITH,
SAMIR RADY, and FLORENTINO FIGUEROA,
and the Proposed Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD SMITH, SAMIR RADY, and FLORENTINO FIGUEROA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION, a North Carolina Corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | No. C07-02104 SC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE MODIFICATION OF CLASS CERTIFICATION SCHEDULE** |



1

**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF CLASS CERTIFICATION SCHEDULE- Case No. C07-02104 SC**

Pursuant to Local Rules 6-2 and Rule 7-12 the Parties to the above-entitled action, GERALD SMITH, SAMIR RADY, and FLORENTINO FIGUEROA, on behalf of themselves and all others similarly situated ("Plaintiffs"), and CARDINAL LOGISTICS MANAGEMENT CORPORATION ("Defendant"), hereby Stipulate and agree as set forth in the paragraphs following. Pursuant to Local Rule 6-2, the Declaration of Kim E. Card accompanies this Stipulation.

1. The Court's September 21, 2007 Case Management Order set the hearing for Plaintiff's Motion to Certify the Class for March 21, 2008 at 10:00 a.m. Accordingly, pursuant to Local Rules, the current deadline for Plaintiffs to file their Motion to Certify the Class is February 15, 2008.

2. Plaintiffs' Amended Complaint was filed on August 24, 2007. On December 10, 2007, the Court signed an order granting Defendant leave to file a counterclaim and third party complaint by December 21, 2007, which Defendant is filing on December 21, 2007.

3. The Parties participated in an Early Neutral Evaluation ("ENE"), as required under the Court's ADR Program, on December 18, 2007. The ENE was conducted by Mr. Lindbergh Porter, Jr., on assignment from the Court.

4. The parties and Mr. Porter agree that the ENE was productive, and in addition both Defendant and Plaintiffs have expressed a good faith interest in exploring the possibility of settlement in this action.

5. The parties are interested in pursuing mediation. To this end, the parties have chosen Mr. Porter to serve as Mediator, and Mr. Porter has accepted. The parties have scheduled a two-day mediation session with Mr. Porter for March 6 and 7, 2008.

6. The parties have agreed, however, that this mediation will be contingent upon the class certification hearing date of March 21, 2008 being extended for at least 60 days. The parties feel strongly that they cannot exchange the necessary information and data and be prepared to conduct a productive and worthwhile mediation and, at the same time, handle all of the discovery, depositions, briefing and other work that is necessary to prepare for a March 21, 2008 class certification hearing.

7.      Formal discovery will *not* be stayed and will go forward concurrently with the parties' informal exchanges for the purposes of settlement.  In particular, the parties agree that depositions currently in the scheduling process will go forward, that additional depositions may be noticed, that written discovery may be served, that motions may be filed, and that the litigation will otherwise proceed as before, except for the continued date for the class certification hearing.

8.      The parties have agreed to submit updated Mediation Statements to Mr. Porter on or before February 27, 2008.

9.      The parties respectfully believe that this request is reasonable and in the interests of judicial economy.  Accordingly, pursuant to the foregoing, the Parties hereby stipulate, agree, and jointly request that the Court approve at least a 60-day extension of the currently scheduled March 21, 2008 class certification hearing date in this matter.

**IT IS SO STIPULATED.**

LAW OFFICES OF KIM E. CARD

Dated: December 21, 2007          By:     ____/S/_____
                                          Kim E. Card

                                          HERUM CRABTREE BROWN
                                          A California Professional Corporation

                                          CHAVEZ & GERTLER, LLP
                                          *Attorneys for Plaintiffs*  and the Proposed Plaintiff Class

Dated: December 21, 2007          SCOPELITIS, GARVIN, LIGHT& FEARY

                                  By:   _/s/ Robert L. Browning_____
                                          Robert L. Browning
                                          *Attorneys for Defendant CARDINAL LOGISTICS MANAGEMENT CORPORATION*

**ATTESTATION REGARDING THE SIGNATURE OF NON-FILING COUNSEL**

I, Kim E. Card, co-counsel for the Plaintiffs in this action declare that, prior to the electronic filing of the foregoing Stipulation, I attained a faxed or scanned copy of the signature



3

**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF CLASS CERTIFICATION SCHEDULE-  Case No. C07-02104 SC**

1 of Defendant's counsel thereon, verifying Defendant's approval of this Stipulation, and
2 concurrence in the filing of the document.

4 Dated: December 21, 2007        _____/S/_____
5                                 KIM E. CARD

7                        [~~PROPOSED~~] **ORDER**

8   Pursuant to the foregoing Stipulation, it is so ordered. The hearing date for Plaintiffs'
9 Motion to Certify the Class is hereby continued from March 21, 2008 to
10 _June 6, 2008_.
11   IT IS SO ORDERED.

13 Dated: __1/3/08____, ~~2007~~        _____
14                                      THE HONORABLE SAMUEL P. CONTI
15                                      UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

4
**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF CLASS CERTIFICATION SCHEDULE- Case No. C07-02104 SC**