| | |
|---|---|
| 1 | CHAVEZ & GERTLER, LLP |
| 2 | JONATHAN E. GERTLER (SBN: 111531) |
|   | 42 Miller Avenue |
| 3 | Mill Valley, California 94941 |
|   | Telephone: (415) 381-5599 |
| 4 | Facsimile: (415) 381-5572 |
| 5 | jon@chavezgertler.com |

HERUM CRABTREE BROWN
*A California Professional Corporation*
JENNIFER K. WHIPPLE (SBN: 196795)
2291 West March Lane, Suite B100
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986
jwhipple@herumcrabtree.com

LAW OFFICES OF KIM E. CARD
Kim E. Card (SBN: 147779)
1690 Sacramento Street
Berkeley, California 94702
Telephone: (510) 684-5863
Facsimile: (510) 644-2659
kimecard@earthlink.net

Attorneys for Plaintiffs GERALD SMITH, et al.,
and the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD SMITH, SAMIR RADY, FLORENTINO FIGUEROA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION, a North Carolina Corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | **Case No.: C07-02104 SC**<br><br>**CLASS ACTION**<br><br>**STIPULATION RE: RESPONSE DATES FOR COUNTERCLAIM AND THIRD PARTY COMPLAINT** |

STIPULATION RE: COMPLAINT AND THIRD PARTY COMPLAINT

| | |
|---|---|
| 1 | Pursuant to Local Rule 6-1(a), the parties to the above-entitled action, through their |
| 2 | respective counsel, hereby stipulate and agree concerning the time to respond the Counterclaim |
| 3 | and Third Party Complaint: |
| 4 |     1. On December 21, 2007, after obtaining an order granting leave to do so, Defendant |
| 5 | Cardinal Logistics Management Corporation filed a Counterclaim against Plaintiff Samir Rady, |
| 6 | and a Third Party Complaint against Rady Transportation, LLC. |
| 7 |     2. Counsel for Plaintiffs are authorized to accept service on behalf of Rady |
| 8 | Transportation, LLC. |
| 9 |     3. Service of the Third Party Complaint shall be deemed to have occurred on January 10, |
| 10 | 2008. |
| 11 |     4. The date by which a response to the Third Party Complaint must be filed shall be |
| 12 | January 30, 2008. |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |

*IT IS SO ORDERED*

*Judge Samuel Conti*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

---

1
STIPULATION RE: RESPONSE DATES FOR COUNTERCLAIM AND THIRD PARTY COMPLAINT

5.  The parties agree that Plaintiff Rady shall have an extension to respond the Counterclaim until January 30, 2008, such that the response date for both the Counterclaim and Third Party Complaint shall be January 30, 2008.

IT IS SO STIPULATED.

Dated: January 11, 2008                                CHAVEZ & GERTLER LLP

                                                                   HERUM CRABTREE BROWN

                                                                   LAW OFFICES OF KIM E. CARD

By: _____/s/_____
      KIM E. CARD
      Attorneys for Plaintiffs Smith, et al,
      and the Proposed Plaintiff Class

Dated:  January 11, 2008                                SCOPELITIS, GARVIN, LIGHT & HANSON

By: _____/s/_____
      Robert L. Browning
      Attorneys for Defendant CARDINAL LOGISTICS MANAGEMENT CORPORATION

**ATTESTATION REGARDING THE SIGNATURE OF NON-FILING COUNSEL**

I, Kim E. Card, co-counsel for the Plaintiffs in this action declare that, prior to the electronic filing of this Stipulation, I attained a faxed or scanned copy of the signature of Defendant's counsel thereon, verifying Defendant's approval of this Stipulation, and concurrence in the filing of the document.

Dated:  January 11, 2008                         _____/s/_____
                                                                     KIM E. CARD