CHAVEZ & GERTLER, LLP
JONATHAN E. GERTLER (SBN: 111531)
42 Miller Avenue
Mill Valley, California 94941
Telephone:  (415) 381-5599
Facsimile:   (415) 381-5572
jon@chavezgertler.com

LAW OFFICES OF KIM E. CARD
Kim E. Card (SBN: 147779)
1690 Sacramento Street
Berkeley, California 94702
Telephone:  (510) 684-5863
Facsimile:  (510) 644-2659
kimecard@sonic.net

Attorneys for Plaintiffs GERALD SMITH, et al.,
and the Certified Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD SMITH, SAMIR RADY, FLORENTINO FIGUEROA, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION, a North Carolina Corporation; and Does 1 through 100, inclusive,<br><br>  Defendants. | Case No.:  C07-02104 SC<br><br>**CLASS ACTION**<br><br>**STIPULATION RE: EXPERT REPORT** |


Pursuant to Local Rule 6-1(a), the parties to the above-entitled action, through their respective counsel, hereby stipulate and agree as follows:

1. On March 2, 2009, the Court entered its Order Granting Plaintiffs' Administrative Motion for Continuance [of Defendant's Motion for Partial Summary Judgment] [Document #100].

2. Under the terms of the Court's Order, Plaintiffs were to submit their expert report to Defendant within sixty (60) days of the Order (i.e., by May 1, 2009).

3. Plaintiffs' counsel subsequently requested a one-week extension of this date, to which Defendant's counsel agreed.

4. Accordingly, the Parties agree that the expert report will be provided to Defendant's counsel on or before May 8, 2009.

5. Defendant will have sixty (60) days from the new date, May 8, 2009, within which to depose Plaintiff's expert, should Defendant's counsel so choose.

IT IS SO STIPULATED.

Dated: May 1, 2009                              CHAVEZ & GERTLER LLP

                                                LAW OFFICES OF KIM E. CARD

                                         By:   _____/s/_____
                                                KIM E. CARD
                                                Attorneys for Plaintiffs Smith, et al,
                                                and the Certified Plaintiff Class

Dated: May 1, 2009                              SCOPELITIS, GARVIN, LIGHT &
                                                HANSON

                                         By:   _____/s/_____
                                                Robert L. Browning
                                                Attorneys for Defendant CARDINAL
                                                LOGISTICS MANAGEMENT
                                                CORPORATION

IT IS SO ORDERED
Judge Samuel Conti
5/8/09

1
STIPULATION RE: EXPERT REPORT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2009         _____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

**ATTESTATION REGARDING THE SIGNATURE OF NON-FILING COUNSEL**

I, Kim E. Card, co-counsel for the Plaintiffs in this action declare that, prior to the electronic filing of this Stipulation, I attained a faxed or scanned copy of the signature of Defendant's counsel thereon, verifying Defendant's approval of this Stipulation, and concurrence in the filing of the document.

Dated:  May 1, 2009         _____/s/_____
KIM E. CARD