LAW OFFICES OF KIM E. CARD
KIM E. CARD (CA Bar No: 147779)
1690 Sacramento Street
Berkeley, California 94702
Telephone:  (510) 684-5863
Facsimile:  (510) 644-2659
kimecard@sonic.net

CHAVEZ & GERTLER, LLP
JONATHAN E. GERTLER (CA Bar No: 111531)
CHRISTIAN SCHREIBER (CA Bar No. 245597)
42 Miller Avenue
Mill Valley, California 94941
Telephone:  (415) 381-5599
Facsimile:   (415) 381-5572
jon@chavezgertler.com

Attorneys for Plaintiffs GERALD SMITH, et al.,
and the Certified Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD SMITH, et al, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>      vs.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION, a North Carolina Corporation,<br><br>             Defendants. | **Case No.:  C07-02104 SC**<br><br>**CLASS ACTION**<br><br>**STIPULATION RE: FILING DATE FOR MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[~~PROPOSED~~] **ORDER** |

STIPULATION RE: FILING DATE FOR MOTION FOR FINAL APPROVAL

Pursuant to Local Rule 7-12, the parties to the above-entitled action, through their respective counsel, hereby stipulate, agree and request as follows:

1.   On April 11, 2011, this Court entered its Order (1) Granting Preliminary Approval to Proposed Class Action Settlement, (2) Appointing Settlement Administrator; (3) Approving and Directing Notice to the Class, and (4) Setting Date for Final Approval Hearing and Related Dates ("Preliminary Approval Order") (ECF Document #144).

2.   As part of the Court's Preliminary Approval Order, the Court scheduled the Final Approval Hearing for August 12, 2011 at 10:00 a.m.  The Settlement Class members were notified of this date in the Notice, and the parties do not request any change with respect to the date for the Final Approval Hearing.

3.   Under the normal briefing schedule for motions set forth in Local Rule 7-2, and also as specified in the Preliminary Approval Order, the currently scheduled date for the filing of the Motion for Final Approval is July 8, 2011 (35 days prior to August 12, 2011).

4.   The "Notice Mailing Date" for the mailing of Notice of the settlement to Class Members was May 11, 2011 (30 days after the date the Preliminary Approval Order was entered).  Based on this Notice Mailing Date, the deadline for the submission of Claims, and for any requests for exclusion or objections, is July 11, 2011 (60 days from the Notice Mailing Date of May 11, 2011).   Thus, the currently scheduled date for the filing of the Motion for Final Approval (July 8, 2011) is prior to the deadline for the submission of Claims, requests for exclusion and any objections (July 11, 2011).

5.   By this Stipulation, the parties hereby agree to, and request the Court's approval for, a two-week continuance of the filing date for the Motion for Final Approval, from July 8, 2011 to July 22, 2011.  This new date of July 22, 2011 would be 21 days prior to the Final Approval Hearing on August 12, 2011.  The Motion for Final Approval will be unopposed by Defendant.  If any objections are filed, they will have been filed by July 11, 2011.  The reason to continue the filing date for the Final Approval Motion is so that the Settlement Administrator will have time to receive and to process all of the Claims and requests for exclusion, and so that

1
STIPULATION RE: FILING DATE FOR MOTION FOR FINAL APPROVAL

1 | this information can then be relayed to the Court in the Final Approval Motion.  The continuance
2 | would also allow the parties to address any objections to the settlement.
3 |      6.      Pursuant to the Preliminary Approval Order, Plaintiffs' Motion for Attorneys'
4 | Fees will be filed as scheduled on June 27, 2011 (14 days prior to the July 11 deadline for any
5 | requests for exclusion or objections).   The parties do not request any change with respect to the
6 | filing date for the Motion for Attorneys' Fees.  The Notice mailed to Settlement Class members,
7 | in the form approved by the Court, informed the class members that the Motion for Attorneys'
8 | Fees would be filed on or before June 27, 2011, but did not make any representation as to the
9 | date that the Motion for Final Approval would be filed.
10 |      IT IS SO STIPULATED.

Dated: June 24, 2011                        CHAVEZ & GERTLER LLP

                                            LAW OFFICES OF KIM E. CARD

                                            By:    _____/s/_____
                                                       KIM E. CARD
                                            Attorneys for Plaintiffs and the
                                            Certified Plaintiff Class


Dated: June 23, 2011                        SCOPELITIS, GARVIN, LIGHT &
                                            HANSON

                                            By:    _____/s/_____
                                                       Robert L. Browning
                                            Attorneys for Defendant CARDINAL LOGISTICS
                                            MANAGEMENT CORPORATION


     PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs shall file their
Motion for Final Approval of Class Action Settlement on or before July 22, 2011.  The Final
Approval Hearing remains on calendar for August 12, 2011 at 10:00.


Dated:  __6/30_____, 2011         _____
                                  THE HONORABLE SAMUEL CONTI
                                  UNITED STATES DISTRICT JUDGE

                                  IT IS SO ORDERED
                                  Judge Samuel Conti

STIPULATION RE: FILING DATE FOR MOTION FOR FINAL APPROVAL

**ATTESTATION REGARDING THE SIGNATURE OF NON-FILING COUNSEL**

I, Kim E. Card, co-counsel for the Plaintiffs in this action declare that, prior to the electronic filing of this Stipulation, I attained express written confirmation from Defendant's counsel that he signed off on the Stipulation, authorized his electronic signature to be affixed hereto, and consented to and concurred in the filing of this document.

Dated:   June 24, 2011                             _____/s/_____

                                                                KIM E. CARD